NUMBER 13-05-153-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________
 
ROLANDO MARTINEZ CALDERONI,                                    Appellant,

v.

MARIO R. VILLARREAL,                                                     Appellee.
_________________________________________________________

On appeal from the 357th District Court
of Cameron County, Texas.
_______________________________________________________ 

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, ROLANDO MARTINEZ CALDERONI, attempted to perfect an appeal
from an order entered by the 357th District Court of Cameron County, Texas, in cause
number 2004-10-4976-E. The clerk’s record was received on March 8, 2005. 
         Upon review of the clerk’s record, it appeared that the order from which this
appeal was taken was not a final appealable order. Pursuant to Tex. R. App. P. 42.3,
notice of this defect was given so that steps could be taken to correct the defect, if
it could be done. Appellant was advised that, if the defect was not corrected within
ten days from the date of receipt of this notice, the appeal would be dismissed for
want of jurisdiction. Appellant failed to file a response as requested by this Court’s
notice. 
         The Court, having considered the documents on file and appellant’s failure to
respond to this Court’s notice, is of the opinion that the appeal should be dismissed
for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed this
the 28th day of April, 2005.